No. 166. UMENO SHIGEMATSU, APPELLANT, *v.* H. HACK-FELD & COMPANY, LIMITED. Appeal from the District Court of the United States for the Territory of Hawaii. February 27, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. John W. Cathcart* for the appellant. *Mr. Frank E. Thompson* and *Mr. Charles F. Clemons* for the appellee.

No. 173. JOSEPH ATWATER, PLAINTIFF IN ERROR, *v.* W. T. HASSETT, JUDGE, ET AL. In error to the Supreme Court of the State of Oklahoma. March 3, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. John Devereux* for the plaintiff in error. No appearance for the defendants in error.

No. 174. FREDERICK M. HUBBELL ET AL., AS TRUSTEES, ETC., PLAINTIFFS IN ERROR, *v.* LAFAYETTE HIGGINS. In error to the Supreme Court of the State of Iowa. March 3, 1913. Dismissed with costs, pursuant to the tenth rule. *Mr. Alonzo C. Parker* and *Mr. Will E. Johnston* for the plaintiffs in error. No appearance for the defendant in error.